No. 171. LOUISIANA AND MISSOURI RIVER RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* PATRICK MARKEY. In error

to the Supreme Court of the State of Missouri. December 14, 1905. Dismissed with costs, per stipulation. *Mr. W. C. Scarritt* for plaintiff in error. *Mr. George Robertson* for defendant in error.